# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Joshua Ryan Baisden and Sonya Ann Baisden, | ) ) ) |
| Plaintiffs, | ) Civil Action File No.: ) 2:19-cv-00071-RWS-JCF ) |
| v. | ) ) |
| Bonial & Associates, P.C., | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Joshua Ryan Baisden and Sonya Ann Baisden, by and through undersigned counsel, hereby dismisses this action against Defendant, Bonial & Associates, P.C., **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 2nd day of June, 2023.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry
Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Bonial & Associates, P.C., with adequate postage affixed thereto and addressed as follows:

Elizabeth J. Campbell<br>
Locke Lord LLP<br>
Terminus 200, Suite 1200<br>
3333 Piedmont Road, NE<br>
Atlanta, GA 30305

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*Counsel for Plaintiff*